## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MARTIN MEDICAL SERVICES, INC.,**
25 Lights Addition Drive
Martinsburg, WV  25401
        Plaintiff,

    v.

**RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK**

Serve:
    William E. Arnold, Registered Agent
    1775 T. Street, N.W.
    Washington, DC  20009

        Defendants.

Civil No. _____

### VERIFIED COMPLAINT

COMES NOW the Plaintiff, Martin Medical Services, Inc. ("MMS"), by counsel, and hereby files this action against Ryan White C.A.R.E. Act Title II Community Aids National Network ("TIICANN") and states as follows:

### Parties

1.    Plaintiff MMS is, and at all times mentioned herein was, a corporation organized under the laws of the State of West Virginia and had its principal place of business in West Virginia.

2.    Defendant TIICANN is, and at all times mentioned herein was, a non-profit corporation organized under the laws of Nevada with a principal place of business at 1775 T Street, N.W., Washington, D.C.

1

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2600 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201

**Jurisdiction and Venue**

3.  Pursuant to 28 U.S.C. § 1332(a), this Court has diversity jurisdiction as this dispute involves two parties of differing states and the amount in controversy exceeds $75,000.00.

4.  Pursuant to 28 U.S.C. § 1391(a), venue is proper in this district as defendant TIICANN is subject to personal jurisdiction at the time this action commenced within the District of Columbia and is, therefore, deemed to be a resident of the District of Columbia. Additionally, a substantial part of the events and omissions giving rise to this present claim occurred within the District of Columbia.

**Background and Facts Common to All Counts**

5.  That on or about January 30, 2001 TIICANN invited event planners to bid on providing the event planning, production services and logistic support services for, inter alia, the National AIDS Drug Assistance Program ("ADAP") Educational Forum. A copy of the January 30, 2001 Bid Invitation is attached hereto as Exhibit 1.

6.  TIICANN promoted the National ADAP Educational Forum as being "recognized as the nation's premier ADAP event, providing invaluable programmatic, technical, clinical and legislative expertise to program participants. It also serves as an educational and networking vehicle for ADAP administrators, giving them the opportunity to interact and discuss pertinent issues while at the same time highlighting emerging trends and developments." (Exhibit 1, p. 1.)

2

7.    In accordance with the terms of the Bid Invitation, MMS submitted its bid to provide logistical and event planning services for the 2001 National ADAP Educational Forum.

8.    MMS's bid was accepted by TIICANN.  MMS, in fact, provided logistical and event planning services for the 2001 National ADAP Educational Forum.

9.    MMS was paid by TIICANN for its services in regard to the 2001 National ADAP Educational Forum.

10.    TIICANN held a National ADAP Educational Forum each year subsequent to 2001.

11.    MMS submitted new proposals for each National ADAP Educational Forum each year subsequent to 2001.

## COUNT I
### (Breach of 2004 Contract)

12.    MMS repeats and realleges each and every allegation set forth in the preceding paragraphs.

13.    Pursuant to the above-describe bid process, MMS submitted a bid proposal in the form of an Estimated Event Budget for the purpose of providing logistical and event planning services for the 2004 National ADAP Educational Forum.

14.    On or about January 20, 2004, William E. Arnold, as agent for TIICANN executed the first page of the Estimated Event Budget underneath the designation "OK 20-1-04."

15.    On or about January 20, 2004—as evidenced by the signature of William E. Arnold, as agent for TIICANN—MMS and TIICANN entered into a contract

for the purpose of providing logistical and event planning services for the 2004

National ADAP Educational Forum. (the "2004 Contract").

16.    A copy of the 2004 Contract is attached hereto as <u>Exhibit 2</u>.

17.    At all times relevant herein MMS performed its obligations pursuant to the

2004 Contract and has completed its work as outlined in the 2004 Contract.

18.    The 2004 Contract provides for TIICANN to compensate MMS a total of

$412,419.00 in exchange for providing logistical and event planning services

for the 2004 National ADAP Educational Forum.

19.    To date, TIICANN has paid only a portion of the amounts owed and presently

owes an outstanding balance of $77,289.25.

20.    A copy of an invoice dated August 21, 2005 setting forth the present

outstanding balance is attached hereto as <u>Exhibit 3</u>.

21.    At present, TIICANN is wrongfully retaining a portion of monies owed to

MMS in the amount of $77,289.25.

22.    TIICANN has no legal justification to withhold any amounts due MMS.

Wherefore, the Plaintiff, Martin Medical Services, Inc., by counsel, prays that

this Honorable Court enter judgment on its Count I against Defendant Ryan White

C.A.R.E. Act Title II Community Aids National Network in the amount of

$77,289.25, plus interest, its reasonable attorneys fees and costs, and award such other

further relief this Court deems just and proper.

## COUNT II
### (Breach of 2005 Contract)

23.    MMS repeats and realleges each and every allegation set forth in the preceding paragraphs.

24.    Pursuant to the above-describe bid process, MMS submitted a bid proposal in the form of an Estimated Event Budget for the purpose of providing logistical and event planning services for the 2005 National ADAP Educational Forum.

25.    On or about March 22, 2005, William E. Arnold, as agent for TIICANN executed the final page of the Estimated Event Budget.

26.    On or about March 22, 2005—as evidenced by the signature of William E. Arnold, as agent for TIICANN—MMS and TIICANN entered into a contract for the purpose of providing logistical and event planning services for the 2005 National ADAP Educational Forum. (the "2005 Contract").

27.    A copy of the 2005 Contract is attached hereto as Exhibit 4.

28.    At all times relevant herein MMS performed its obligations pursuant to the 2005 Contract and has completed its work as outlined in the 2005 Contract.

29.    The 2005 Contract provides for TIICANN to compensate MMS a total of $257,678.00 in exchange for providing logistical and event planning services for the 2005 National ADAP Educational Forum.

30.    To date, TIICANN has paid only a portion of the amounts owed and presently owes an outstanding balance of $51,203.60.

31.    A copy of an invoice dated August 21, 2005 setting forth the present outstanding balance is attached hereto as Exhibit 5.

32.    At present, TIICANN is wrongfully retaining a portion of monies owed to MMS in the amount of $51,203.60.

33.    TIICANN has no legal justification to withhold any amounts due MMS.

Wherefore, the Plaintiff, Martin Medical Services, Inc., by counsel, prays that this Honorable Court enter judgment on its Count II against Defendant Ryan White C.A.R.E. Act Title II Community Aids National Network in the amount of $51,203.60, plus interest, its reasonable attorneys fees and costs, and award such other further relief this Court deems just and proper.

## COUNT III
### (Unjust Enrichment)

34.    MMS repeats and realleges each and every allegation set forth in the preceding paragraphs.

35.    Through MMS's provision of labor and materials, TIICANN has received a substantial benefit without paying consideration therefor, including, but not limited to, a well-planned and executed 2004 National ADAP Educational Forum and 2005 National ADAP Educational Forum.

36.    TIICANN has therefore been unjustly enriched.

37.    MMS is entitled to the fair market value of the labor and materials provided to TIICANN with regard to the work performed towards the 2004 Contract and 2005 Contract.

38.    Equity requires that TIICANN compensate MMS for the full value of its contribution as outlined above, in an amount of $128,492.85.

Wherefore, the Plaintiff, Martin Medical Services, Inc., by counsel, prays that this Honorable Court enter judgment on its Count III against Defendant Ryan White C.A.R.E. Act Title II Community Aids National Network in the amount of $128,492.85, plus interest, its reasonable attorneys fees and costs, and award such other further relief this Court deems just and proper.

MARTIN MEDICAL SERVICES, INC.
By Counsel

BEAN, KINNEY & KORMAN, P.C.

James V. Irving, Esquire, D.C. Bar No. 414422
Christopher A. Glaser, Esquire, D.C. Bar No. 463583
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000 / (703) 525-2207 (fax)
Counsel for Plaintiff

## DECLARATION OF JULIA E. LAM

1.      I am Julia E. Lam, the President of Martin Medical Services, Inc., the Plaintiff in this action. I am over the age of 18 and affirm that I have personal knowledge of the facts stated herein and that they are true and correct.

2.      I have reviewed the factual allegations set forth in the Verified Complaint and state that they are true and correct.

3.      The January 30, 2001 Bid Invitation attached to the Verified Complaint as Exhibit 1 is a true and accurate copy of the January 30, 2001 Bid Invitation disseminated by TIICANN.

4.      The 2004 Contract attached to the Verified Complaint as Exhibit 2 is a true and accurate copy of the Contract entered into between MMS and TIICANN on January 20, 2004.

5.      A copy of an invoice dated August 21, 2005 setting forth the present outstanding balance in regard to the 2004 National ADAP Educational Forum is attached to the Verified Complaint as Exhibit 3.

6.      The 2005 Contract attached to the Verified Complaint as Exhibit 4 is a true and accurate copy of the Contract entered into between MMS and TIICANN on March 22, 2004.

7.      A copy of an invoice dated August 21, 2005 setting forth the present outstanding balance in regard to the 2004 National ADAP Educational Forum is attached to the Verified Complaint as Exhibit 5.

8.      MMS is entitled to the amounts sought in the Verified Complaint and requests judgment in its favor in that amount.

Further Affiant Sayeth Not.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10-18-05

Martin Medical Services, Inc.
By:     Julia E. Lam
Its:     President

STATE OF WEST VIRGINIA                    )
CITY/COUNTY OF ___Berkeley___            ), to-wit:

I, the undersigned, a Notary Public in and for the City/County and State aforesaid, do hereby certify that, Julia E. Lam whose name is signed to the foregoing, appeared before me this 18 day of Oct, 2005, and acknowledged that the foregoing is her true act and deed.

Notary Public

My Commission expires: 3/4/2008

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
DEBRA L. DONIVAN
BB&T
148 S. Queen Street
Martinsburg, WV 25401
My commission expires March 4, 2008

9

01/30/01

The Title II Community
AIDS National Network

**1775 " T " St. NW**
**Washington, DC  20009**

Ph: (202) 588-1775
FAX: (202) 588-8868
Web Site at: www.t2cann.org
eMail: weaids@ix.netcom.com

*Christopher D. Phipps, Esq.*
*Counsel*
**Executive Board**
William E. Arnold
Jeff Bloom
James M. Carr
Jeffrey L. Coudriet
Michael J. Eging
Rich Fortenbery
Howard Moses
Herbert W. Perry, LPA/EA
Gary R. Rose, JD
Lisa H. Rossilli
Mabrey R. Whigham III

*Service Projects:*

**CANAN**
(Community AIDS National
Alert Network)
National fax & eMail Alerts
CANAN_DC@AOL.com

**The Title II T.A. Corps**
Peer & Technical Assistance for Title II
Community needs.
1. High Risk Insurance Pools
2. Disability/Benefits & "Back to Work"
3. SERCA
(Southern Emergency Response
Coalition for AIDS) Primary care access

**TAEP**
(The Treatment Access
Expansion Project.)
New Tools for needs projection
and policy development

**The Voice of Title II**
A newsletter for Ryan White funded
service providers and clients

<u>Members:</u>   NORA (National Organizations
Responding to AIDS)
The ADAP Working Group
CCD (Consortium for Citizens with Disabilities)

Vice Chair/CEO:
William E. Arnold
Director Public Policy:
Gary R. Rose, JD
Chair/CFO:
Herbert W. Perry, LPA/EA

**An invitation to bid on providing the event planning and production services
and logistic support services for the following two meetings.**

## Proposal and Outline
## National ADAP Educational Forum
## &
## South East Regional ADAP Forum
## 2001

The National ADAP Educational Forum is now recognized as the nation's premier ADAP event, providing invaluable programmatic, technical, clinical and legislative expertise to program participants.  It also serves as an educational and networking vehicle for ADAP administrators, giving them the opportunity to interact and discuss pertinent issues while at the same time highlighting emerging trends and developments

**Scope of contracted services.**

A teleconference planning process with a planning committee starting immediately.
All the actual event support and subcontracting services normal to meetings of this type, as further detailed below.
The logistics vendor will contract with TII CANN in a transparent process (visible to all funding supporters) as sponsor and fiduciary for both these meetings.
As rapid a response to this invitation to bid as possible is desired.
Any scope of work questions or additional detail questions can be further clarified  - in writing - upon request.

**EXHIBIT**
**1**

tabbies®

**The Ryan White CARE Act, Title II, Community AIDS National Network, Inc.**

**Additional event background information.**

# The Sixth National ADAP Educational Forum
# 2001   Washington, DC

**Proposal and Event Detail**

Planning committee, the logistics contractor and support staff will work together to identify and develop subject matter for the forums. The funding mechanism should be via unrestricted educational grants to TII CANN as not for profit "lead" sponsor and fiduciary with the usual "safeguards" in place and disbursement to the logistic contractor in accordance with the contract agreements between the selected provided and the fiduciary.

**Create Agenda/Identification of Speakers**

The planning committee will work directly with the State ADAPs, local and national AIDS advocacy organizations and other interested parties to identify pressing ADAP issues and concerns. This may include on-site meetings prior to the event and subsequent follow-up communications.

The planning committee will instruct TII CANN (and or the logistics provider, as appropriate) on inviting and recruiting speakers, faculty, and presenters - choosing presenters based on their knowledge, level of expertise and ability to effectively express ideas and convey information. TII CANN  and the logistic provider will work with speakers to ensure that their presentations are engaging and beneficial to program participants, assisting them with the coordination of presentation materials such as slides, overheads, handouts and text materials.

**Site Selection and Contracting**

The Planning Committee will approve the site for the event, following logistics provider recommendations and budget approvals. The logistic provide will manage planning the events with hotel management.  This includes the following:

- Contracting with the hotels.
- Coordinating meals and meetings.
- Arranging audio-visual set-up.
- Disbursement of fees and charges – per the approved budget, including the initial credit arrangement.
- Arrangement of off-site functions (if any).
- Organization and administration of all meeting attendee travel arrangements.

The logistic provider will disburse program funds for conference expenses in accordance with the event budgets.

1.     Informational Materials

The logistics provider will serve as the central clearinghouse, collecting speaker materials and background information, and will also prepare forum information for educational notebooks and reference materials whenever appropriate.

2.     Meeting Coordination

The logistic provider will coordinate panelist and participant travel, lodging, and meals, and will also assist speakers with travel and logistics, ensuring that presenters arrive at designated locations at the proper times.

The logistics provider and T * II CANN will provide personnel to achieve a smooth and professional meeting atmosphere.  Staff will be available to answer questions, to resolve potential challenges and to fine tune-meeting details.

In addition, TII CANN and the logistic provider will act as the liaison between the chairman, the panelists, and attendees to further ensure smooth operation of the conference.

3.        Summary Notes

As a follow-up, the logistics provider (or suitable designee) will provide summary notes -- a compendium of each forum -- for the program sponsors and for possible further dissemination.

Organizational Qualifications
The logistics provider will be recruited via an "open bid" process negotiated by TII CANN with advice and consent of the forum sponsors. There are many suitable providers known to members of the forum sponsors.

T*II CANN Background

T*II CANN has extensive experience in the following areas:
Identifying and coordinating resources for ADAP Educational Forums.
Providing technical program assistance for ADAP Educational Forums.
Representing ADAP Policy before Congress and the Administration.
Facilitating ADAP Policy and advocacy issues at the Federal and State levels.

The organization has provided fiduciary and technical assistance for dozens of meetings, including:

- The California ADAP Treatment Forum, San Francisco, CA;
- The ADAP National Update, Philadelphia, PA;
- The First, Second, Third & Fourth National ADAP Educational Forums, Washington, DC
- The New York ADAP Clinical Treatment Symposium;
- The 1997, 1998 & 2000 California ADAP Coordinator's Training Program.
- The 1999 & 2000 South East Regional ADAP Educational Forums.

All of the programs, which were sponsored by pharmaceutical manufacturers, utilized the expertise and programmatic knowledge of ADAPs and other entities, which work with the AIDS drug assistance programs.

**The Ryan White CARE Act, Title II, Community AIDS National Network, Inc.**

# SAMPLE DRAFT
## EVENT BUDGET FOR
## NATIONAL ADAP EDUCATIONAL FORUM 2001
Estimated Budget Associated with the
National ADAP Education Forum with Medicaid Ryan White Liaisons

**Attendees**
ADAP Administrator (50)
State AIDS Directors (50)
Medicaid Ryan White Liaisons (50)
Faculty (30)
Sponsoring organizations staff (35)
T*II CANN staff (4)
Logistics staff (5)
**Total  (224) but sponsoring organizations staff pay their own travel.**

**Travel & Accommodations***
Airfare and travel (204 x $___)                                    $   _____
Ground Transportation (204 x $___)                                     _____
Hotel Room Charges
        (154 x $____ x 3 nights, 50 x $____ x 2)                       _____
Incidentals (50 x $___)                                                _____
                                            **Total**     $ _____

**Food Functions**
Cont. Breakfast (204 x $___ x 2)                                   $   _____
Coffee Breaks (204 x $___ x 4)                                         _____
Lunch (204 x $___ x 2)                                                 _____
Receptions (150 x $___ x 1)                                          – _____
Dinners (204 x $__ x 2, 145 x $__ x1)                                  _____
                                            **Total**     $   _____

**Honorarium**                                            $   _____
**T*II CANN Resources**                                   $  17,500
**Amenities - Participants**                              $   _____
**Audio/Visual**                                          $   _____
**Print/Design**                                          $   _____
**Freight/Copy/Postage**                                  $   _____
**Telephone/FAX**                                         $   _____
**Professional Charges****
Planning Committee Process – (Conf calls -prox 10- program drafting & email circulating & Planning Committee staff support)
                                                          $   6,000
        Event Planning and Coordination                  $   _____
        Summary Notes Development and Production
                                            **Total**     $ _____

                    **Meeting Total     $ _____**
* Assumes Funding supporters will provide for travel and hotel expenses for their own staff attendees.
Event Budget Approval:


***_____ % of estimated budget is required before program development commences, in the amount of $_____

**\*\*\* Budget format is for guidance purposes. Other formats are acceptable.**

**The Ryan White CARE Act, Title II, Community AIDS National Network, Inc.**

# ESTIMATED EVENT BUDGET FOR
## 2004 NATIONAL ADAP CONFERENCE
### Fairmont Hotel
### Washington, DC
### May 20-23, 2004

ATTENDEES

ADAP Administrator
State AIDS Directors
Medicaid Ryan White Liaisons
Faculty
Sponsoring Organizations Staff*
T*II CANN Staff
Martin Medical Services Staff
**Total (204)**

TRAVEL & ACCOMMODATIONS*

| | | |
|---|---|---|
| Airfare, Round Trip and Economy Coach (204 X $400) | $ | 81,600.00 |
| Ground Transportation (204 x $40) | | 8,160.00 |
| Hotel Room Charges - Based on Single Room occupancy | | |
| *154 x $179 x 3 nights x 14.5% sales tax | | 94,687.00 |
| *50 x $179 x 2 nights x 14.5% sales tax | | 20,495.00 |
| | $ | 204,942.00 |

FOOD FUNCTIONS  Totals include tax and gratuity

| | | |
|---|---|---|
| Continental Breakfast (224 x $30 x 3) | $ | 20,160.00 |
| Coffee Breaks (224 x $17 x 6) | | 22,848.00 |
| Lunch (224 x $52 x 3) | | 34,944.00 |
| Receptions (175 x $45) | | 7,875.00 |
| Dinner on first night (175 x $78) | | 13,650.00 |
| ~~Off-Site Dinner (204 X $78)~~ | | ~~15,912.00~~ |
| | $ | ~~115,389.00~~ |
| **Revised total without Off Site Dinner** | $ | **99,477.00** |
| Honorarium | $ | 15,000 |
| T*II CANN Resources | $ | 25,000 |
| Audio/Visual | $ | 6,500 |
| Print/Design | $ | 8,500 |
| Freight/Copy/Postage | $ | 4,000 |
| Telephone/FAX | $ | 3,000 |
| Awards | $ | 1,000 |

PROFESSIONAL CHARGES**

| | | |
|---|---|---|
| Conference Development and Planning | $ | 35,000 |
| (Includes needs assessment, meeting attendance and On Site Facilitation) | | |
| Summary Notes Development and Production | $ | 10,000 |
| | $ | 45,000 |

**2 ½ DAY MEETING TOTAL:  ~~$ 428,331~~    $412,419**

EXHIBIT

2

*Outstanding Invoice 2004 Conference*

# Statement

Martin Medical Services, Inc

39 Stagshead Court
Martinsburg, WV 25401

| Date |
| --- |
| 8/21/2005 |

| To: |
| --- |
| TII-CANN<br>Mr. Bill Arnold<br>1775 T Street, NW<br>Washington, DC 20009 |

| Amount Due | Amount Enc. |
| --- | --- |
| $77,289.25 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 11/30/2004 | Balance forward | | 135,589.25 |
| | 158- | | |
| 01/28/2005 | PMT | -22,500.00 | 113,089.25 |
| 05/09/2005 | PMT #March 2005 rent bala. | -200.00 | 112,889.25 |
| 06/06/2005 | PMT #June Rent. | -600.00 | 112,289.25 |
| 06/29/2005 | PMT | -35,000.00 | 77,289.25 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 77,289.25 | $77,289.25 |

EXHIBIT

3

tabbies

## Estimated Event Budget
## 2005 National ADAP Conference

*2-Day Budget Overview*

**EVENT ATTENDEES**

Three Invites Per State
TIICANN Staff
MMS Staff
Community Based Organizations
Sponsoring Organizations Staff

Total Expected Attendees:        **165**

NOTE:  Sponsoring Organizations will sponsor own travel to event and pick up cost of their hotel
       accommodations.

**ACCOMMODATIONS:**        Budget for 160 attendees for two nights at Hilton Washington
                           (Presuming sponsors pick up cost of own hotel room)

                           320 total rooms @ $165 plus 14.5% tax
                           **$60,456**

                           Inclusive – tax, housekeeping, portage, commissions, overnight guest
                           accommodations, event meeting rooms.

**TRANSPORTATION:**        160 Roundtrip economy flights @ an average of $400
                           **$64,000**

                           Does not allow for flight reservations less than two weeks prior to
                           scheduled events.

**GROUND TRANSPORTATION:**  Budget for 160 attendees

                           160 @ $40
                           **$6,400**

                           Includes ground transportation & gratuities to and from airport.

**FOOD/BEVERAGE:**         165 total attendees all inclusive
                           **$39,897**

                           Daily On-Site Menu Includes:

                           Breakfast          Two (2) Total = $8,580
                           Luncheon           Two (2) Total = $16,731
                           AM/PM Break        Four (4) Total = $14,586

**RECEPTION/DINNER:**      165 Total Attendees All Inclusive
                           **$18,725**

                           Full Open Bar with two bartenders
                           Passed Hot Hors d'Oeuvres
                           Plated Dinner
                           Wine

Martin Medical Services, Inc.                              2005 National ADAP Conference

Tuesday, March 22, 2005 (3) max

EXHIBIT
4

**AUDIO/VISUAL:**      $7,500.00

Event audio/visual requirements provided: Overhead, LCD
players, Projection Screens, Microphones, stands, extensions cords

**SPEAKER HONORARIUM**     Pre-determined Budget
$7,000

**PRINTED MATERIALS**     Provides for the following
**Cost included in Professional Charges**

Design of 2005 ADAP Logo
Design for Welcome Dinner Booklet
Letter of Invitation
Letter of Reminder
Registration Folder and inserts
Registration form
Name Tags
Tent Place Cards
170 Conference books
170 copies of Dinner Booklet
200,000 b/w copies
Conference Bags
Web Development
Exhibit Hall information booklet
Exhibit Hall signage

**ADMINISTRATIVE/**
**POSTAGE/MISCELLANEOUS**     **Cost included in Professional Charges**

First Class postage for invitation letter and reminder letters
First Class postage of Registration Folders. Includes items such as
conference calls for planning, on-site copy/fax/phone, additional
gratuities.

**AWARDS/PHOTOGRAPHY:**    $1,200

**PROFESSIONAL CHARGES**    $35,000
Conference Development and Planning. (Includes needs assessment,
meeting attendance and On Site Facilitation. Summary Notes,
evaluations and evaluation write-ups, development and production
Exhibit hall set-up and coordination.

**TIICANN**      $ 17,500

**EVENT GRAND TOTAL:**    $257,678

**Martin Medical Services, Inc.**
**Proposal: 2005 National ADAP Conference**

---

PROJECT AUTHORIZATION

---

Your signature indicates acceptance of the projects(s) and associated budget(s) described
in this proposal.

Accepted by: TICANN                          Accepted by: Martin Medical Services

Sign:                                        Sign:

Name:   Mr William Arnold                    Name:   Julia E. Lam

Title:   President, TICANN                   Title   President

Date:   22 MAR. 2005                         Date:

Terms: The pricing and scheduling indicated are firm commitments for projects accepted by the
client within 30 days of this offer. The payment schedule will be ½ of proposal due at
commencement and ½ of proposal due upon completion.

Martin Medical Services, Inc. will invoice TICANN upon acceptance of this proposal for ½
expenses and ½ of professional fees. Upon payment, Martin Medical Services will commence
with logistics and activities as detailed above, including making necessary deposits for
accommodations and meal events. A total of 2 invoices for each meeting according to the
payment schedule described above. **All payment terms are net 10 days.**

Martin Medical Services, Inc.                           2005 National ADAP Conference

# Statement

Martin Medical Services, Inc

39 Stagshead Court
Martinsburg, WV 25401

*2005 Conference*

| Date |
| --- |
| 8/21/2005 |

| To: |
| --- |
| TII-CANN |
| Mr. Bill Arnold |
| 1775 T Street, NW |
| Washington, DC 20009 |

| Amount Due | Amount Enc. |
| --- | --- |
| $51,203.60 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 11/30/2004 | Balance forward | | 0.00 |
| | 184- | | |
| 05/24/2005 | INV #184. Due 05/24/2005. | 128,203.60 | 128,203.60 |
| 06/06/2005 | PMT | -4,750.00 | 123,453.60 |
| 06/06/2005 | PMT #Credit Cards. | -3,000.00 | 120,453.60 |
| 06/07/2005 | PMT #Abbot. | -10,000.00 | 110,453.60 |
| 06/16/2005 | PMT #Boehringer. | -21,000.00 | 89,453.60 |
| 06/29/2005 | PMT | -20,000.00 | 69,453.60 |
| 07/07/2005 | PMT #Pfizer. | -10,000.00 | 59,453.60 |
| 07/27/2005 | PMT | -2,250.00 | 57,203.60 |
| 07/27/2005 | PMT | -6,000.00 | 51,203.60 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 51,203.60 | 0.00 | $51,203.60 |

EXHIBIT
5