IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN MEDICAL SERVICES, INC.,**<br>25 Lights Addition Drive<br>Martinsburg, WV 25401<br>　　　Plaintiff,<br><br>v.<br><br>**RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK**<br><br>Serve:<br>　　William E. Arnold, Registered Agent<br>　　1775 T. Street, N.W.<br>　　Washington, DC 20009<br><br>　　　Defendants. | Civil No. _____ |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Martin Medical Services, Inc. ("MMS"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MMS which have any outstanding securities in the hands of the public:

　　None.

These representations are made in order that judges of this court may determine the need for recusal.

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201

                MARTIN MEDICAL SERVICES, INC.
                By Counsel

BEAN, KINNEY & KORMAN, P.C.

_____
James V. Irving, Esquire, D.C. Bar No. 414422
Christopher A. Glaser, Esquire, D.C. Bar No. 463583
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000 / (703) 525-2207 (fax)
Counsel for Plaintiff

2