IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN WHITE C.A.R.E. ACT TITLE II<br>COMMUNITY AIDS NATIONAL NETWORK,<br><br>  Address:  1775 T Street, N.W.<br>                 Washington, DC 20009<br><br>    Defendant. | CIVIL ACTION NO. 1:05-cv-02056-PLF |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT AND SUPPORTING MEMORANDUM**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network ("Defendant") moves for an enlargement of time up to and including December 5, 2005 to answer or otherwise respond to the Verified Complaint filed by Plaintiff Martin Medical Services, Inc. ("Plaintiff").[1]  In support of this Motion, Defendant states as follows:

1. Plaintiff's counsel consents to the relief sought herein.

2. Undersigned counsel were retained recently to represent Defendant in the above-captioned matter.  Thus, undersigned counsel require additional time to investigate Plaintiff's claims and to prepare Defendant's response to Plaintiff's Verified Complaint.  The additional time requested will allow undersigned counsel sufficient time to investigate Plaintiff's claims in preparation for filing Defendant's response.

---

[1] In filing this motion for an extension of time, Defendant submits that it has not waived any defense or defenses available to it under Fed. R. Civ. R. 12 or otherwise.

3. Undersigned counsel has conferred with Plaintiff's counsel regarding this extension, and Plaintiff's counsel has consented to such extension.

4. Moreover, the grant of this extension will not delay or interfere with any proceedings in this matter, as no Scheduling Order has been entered and no Scheduling Conference has been set.

WHEREFORE, it is respectfully requested that Defendant have up to and including December 5, 2005 to answer or otherwise respond to Plaintiff's Verified Complaint.

Dated: this 15th day of November, 2005    Respectfully submitted,

By:_____/s/_____.
David A. Rosenberg
D.C. Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
(202) 719-2000

*Attorneys for Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network*

DC:57435.1