IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC., <br><br>    Plaintiff, <br><br> v. <br><br> RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK, <br><br>    Address: 1775 T Street, N.W. <br>                  Washington, DC 20009 <br><br>    Defendant. | CIVIL ACTION NO. 1:05-cv-02056-PLF |

**LCVR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS**
**AND FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1, the undersigned counsel of record for Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network ("Defendant") certifies that, to the best of my knowledge, information, and belief, Defendant has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that Judges of this Court may determine the need for recusal.

Dated: this 15th day of November, 2005    Respectfully submitted,

By:_____/s/_____.
David A. Rosenberg
D.C. Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
(202) 719-2000

*Attorneys for Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network*

DC:57446.1