U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Martin Medical Services, Inc.

vs.

Ryan White C.A.R.E. Act Title II Community Aids National Network

No. 1:05CV02056 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Verified Complaint; Exhibits 1 - 5; Disclosure of Corporate Affiliation and Financial Interests and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on November 1, 2005, I served Ryan White C.A.R.E. Act Title II Community AIDS National Network c/o William E. Arnold, Registered Agent at 1775 T Street, NW, Washington, DC 20009 by serving William E. Arnold, Registered Agent, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'6"
HAIR-    GRAY/BALDING
WEIGHT-  150
COLOR-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 11-03-05
           Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 160617

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARTIN MEDICAL SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

V.

RYAN WHITE C.A.R.E. ACT TITLE II
COMMUNITY AIDS NATIONAL NETWORK

CASE NUMBER

CASE NUMBER   1:05CV02056

JUDGE: Paul L. Friedman

DECK TYPE: Contract

DATE STAMP: 10/19/2005

TO: (Name and address of Defendant)

RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL
NETWORK
SERVE: William E. Arnold, Registered Agent
1775 T. Street, N.W.
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James V. Irving, Esquire
Christopher A. Glaser, Esquire
Bean, Kinney & Korman, PC
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000 / (703) 525-2207 (fax)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      OCT 19 2005
CLERK                            DATE

_Maureen Higgins_
(By) DEPUTY CLERK