IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN MEDICAL SERVICES, INC.,

    Plaintiff,

v.

RYAN WHITE C.A.R.E. ACT TITLE II
COMMUNITY AIDS NATIONAL NETWORK,

    Address:  1775 T Street, N.W.
                 Washington, DC 20009

    Defendant.

CIVIL ACTION NO. 1:05-cv-02056-PLF

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT AND SUPPORTING MEMORANDUM**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network ("Defendant") moves for an enlargement of time up to and including December 19, 2005 to answer or otherwise respond to the Verified Complaint filed by Plaintiff Martin Medical Services, Inc. ("Plaintiff").[1] In support of this Motion, Defendant states as follows:

    1.    Plaintiff's counsel consents to the relief sought herein.

    2.    Undersigned counsel were retained recently to represent Defendant in the above-captioned matter.  On November 15, 2005, Defendant filed a Consent Motion for Extension of Time to respond to Plaintiff's Complaint, and, by Minute Entry Order dated November 17, 2005, this Court granted Defendant's requested extension until December 5, 2005.

---

[1] In filing this motion for an extension of time, Defendant submits that it has not waived any defense or defenses available to it under Fed. R. Civ. R. 12 or otherwise.

3. Upon being retained, undersigned counsel immediately took action to gather information and documents necessary to the preparation of a response on behalf of Defendant. Given the volume of documents and information received from Defendant, undersigned counsel's schedule, and the intervening holidays, undersigned counsel requires additional time to analyze the documentation received from Defendant, investigate Plaintiff's claims, and prepare Defendant's response to Plaintiff's Verified Complaint. The additional time requested will allow undersigned counsel sufficient time to investigate Plaintiff's claims in preparation for filing Defendant's response.

4. Undersigned counsel has conferred with Plaintiff's counsel regarding this extension, and Plaintiff's counsel has consented to such extension.

5. Moreover, the grant of this extension will not delay or interfere with any proceedings in this matter, as no Scheduling Order has been entered and no Scheduling Conference has been set.

WHEREFORE, it is respectfully requested that Defendant have up to and including December 19, 2005 to answer or otherwise respond to Plaintiff's Verified Complaint.

Dated: this 30th day of November, 2005     Respectfully submitted,

By: _____/s/_____.
     David A. Rosenberg
     D.C. Bar No. 433405

     FORD & HARRISON LLP
     1300 19th Street, N.W., Suite 700
     Washington, DC  20036
     (202) 719-2000

     *Attorneys for Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network*

DC:57641.1