IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:05-cv-02056-PLF |

## ORDER

Upon consideration of Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network's Consent Motion for an Enlargement of Time to answer or otherwise respond to Plaintiff's Verified Complaint, Plaintiff's consent to said Motion, the entire record herein, and for good cause shown, it is, this _____ day of _____, 2005, hereby:

　　**ORDERED** that Defendant's motion is **GRANTED**; and it is further

　　**ORDERED** that Defendant shall have up to and including December 19, 2005 to answer or otherwise respond to Plaintiff's Complaint.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Clerk, please serve:

Christopher A. Glaser, Esquire
BEAN, KINNEY & KORMAN, P.C.
2000 N. 14th Street, Suite 100
Arlington, VA 22201
*Counsel for Plaintiff*

David A. Rosenberg, Esquire
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
*Counsel for Defendant*

- 2 -

DC:57642.1