IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK,<br><br>    Defendant.<br><br>———————————————<br><br>RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>MARTIN MEDICAL SERVICES, INC.,<br><br>    Counterclaim Defendant. | CIVIL ACTION NO. 1:05-cv-02056-PLF |

## **VERIFIED COUNTERCLAIM**

Pursuant to Rule 13(a) of the Federal Rules of Civil Procedure, Defendant Ryan White C.A.R.E. Act Title II Community AIDS National Network ("TIICANN") states as follows for its Verified Counterclaim ("Counterclaim") against Martin Medical Services, Inc. ("MMS"):

### **PARTIES**

1.    Counterclaim Plaintiff TIICANN is, and at all relevant times was, a non-profit corporation authorized under the laws of the State of Nevada. TIICANN is registered with and authorized to conduct business in the District of Columbia and maintains its principal place of business at 1775 T Street, N.W. in Washington, D.C.

2. Upon information and belief, Counterclaim Defendant MMS is a corporation having its principal place of business in the State of West Virginia. At all relevant times, MMS also maintained office space, leased from TIICANN, in the District of Columbia.

## FACTUAL BACKGROUND

3. Since 1998, MMS has provided event planning and logistical support services for various regional and national conferences and meetings sponsored by TIICANN. Since 2002, TIICANN has provided MMS with the exclusive opportunity to provide the planning, organizing, and logistical support services required for the production of TIICANN's National AIDS Drug Assistance Program ("ADAP") Educational Forums.

4. Typically, the costs for holding the National ADAP Educational Forums are funded through unrestricted educational grants or donations to TIICANN made by pharmaceutical manufacturing companies, which are obtained through TIICANN's non-profit status.

5. In early 2005, MMS submitted a proposed budget for the provision of event planning and logistical support services for the 2005 National ADAP Educational Forum.

6. Between the submission of its proposed budget and March 22, 2005, MMS and TIICANN had discussions concerning the 2005 National ADAP Educational Forum and the proposed budget submitted by MMS. Based upon these discussions, MMS submitted various versions of revised proposed budgets for TIICANN's review.

7. TIICANN engaged the services of MMS to plan, coordinate, and support the holding of the 2005 National ADAP Educational Forum in Washington, D.C. from May 20, 2005 through May 22, 2005 and entered into an agreement with MMS for the provision of such services.

8.    As part of its obligations under the agreement with TIICANN, MMS was required to obtain, contract for, and pay for all facilities and services required for the production of the 2005 National ADAP Educational Forum, including, but not limited to, such items as hotel accommodations, transportation, and food and beverages for provided meals.

9.    MMS' obligations to provide for such items, as well as its estimate of the cost of such items, were memorialized in a final version of an Estimated Event Budget submitted by MMS to TIICANN. As part of engaging the services of MMS for the production of the 2005 National ADAP Educational Forum, TIICANN, on or about March 22, 2005, approved a final version of the Estimated Event Budget submitted by MMS for the anticipated expenses, costs, and fees associated with the 2005 National ADAP Educational Forum. A copy of the Estimated Event Budget approved by TIICANN for the 2005 National ADAP Educational Forum is attached to this Counterclaim as Exhibit 1.

10.   TIICANN approved an Estimated Event Budget of $257,678.00 for the 2005 National ADAP Educational Forum. In the Estimated Event Budget approved by TIICANN, MMS anticipated that $205,178.00 would be required to cover expenses for the provision of hotel accommodations, transportation, food and beverages, audio/visual requirements, honoraria for speakers, and the provision of awards. Additionally, in the Estimated Event Budget, MMS included a charge of $35,000.00 to be paid to MMS for its professional services, and an additional $17,500.00 to be received by TIICANN for the services and resources provided by it in connection with the 2005 National ADAP Educational Forum.

11.   In fulfillment of its services and obligations under the agreement with TIICANN, MMS contracted with the Hilton Washington for the provision of hotel accommodations,

conference space and facilities, and the food and beverages to be provided during the 2005 National ADAP Educational Forum.

12.     The 2005 National ADAP Educational Forum was held at the Hilton Washington from May 20, 2005 through May 22, 2005.

13.     On or about May 27, 2005, the Hilton Washington issued an invoice to MMS for services it rendered in connection with the 2005 National ADAP Educational Forum.  The Hilton Washington's invoice totaled $96,602.06 for the provision of guest accommodations, food and beverages consumed during the conference, and other miscellaneous services, such as the provision of audio/visual equipment.

14.     On or about July 21, 2005, MMS tendered partial payment to the Hilton Washington in the amount of $30,000.00.  Thereafter, MMS refused to pay any additional amounts to the Hilton Washington.

15.     As a result of MMS' refusal and failure to pay any additional amounts to the Hilton Washington, the Hilton Washington threatened to, and on some occasions did, charge the personal credit cards of conference attendees for expenses incurred through their attendance at the 2005 National ADAP Educational Forum.

16.     Rather than subject the conference attendees to charges for items that were the financial responsibility of MMS, TIICANN made arrangements with the Hilton Washington to pay the balance remaining for the services rendered by the Hilton Washington in connection with the 2005 National ADAP Educational Forum.  Upon information and belief, the Hilton Washington reversed all charges to conference attendees' personal credit cards as a result of the payment arrangement it reached with TIICANN.

17. To avoid the imposition of charges to conference attendees and to reverse all charges imposed on conference attendees, TIICANN paid a total of $66,602.66 to the Hilton Washington. This balance was paid in five installments on October 19, 2005, November 1, 2005, November 8, 2005, November 15, 2005, and November 30, 2005.

18. In addition to the payments made to the Hilton Washington, TIICANN — either through the transfer of grants/donations received by it for the production of the 2005 National ADAP Educational Forum or through payments made directly to MMS on behalf of TIICANN — paid the amount of $189,000.00 to MMS in connection with the 2005 National ADAP Educational Forum.

19. TIICANN, in payments made to MMS and on behalf of MMS, has paid a total of $255,602.66 in connection with the 2005 National ADAP Educational Forum. Consequently, TIICANN paid at least $15,424.66 more than the maximum amount that MMS could have received for the 2005 National ADAP Educational Forum and, therefore, lost the monies TIICANN was to receive under the Estimated Event Budget as compensation for the services and resources it provided in connection with the 2005 National ADAP Educational Forum.

## COUNT I: BREACH OF CONTRACT

20. TIICANN repeats and realleges paragraphs 1 through 19 and incorporates them herein as if fully set forth.

21. In or about March 2005, TIICANN entered into a valid and binding agreement with MMS for the provision of planning and logistical support services by MMS in connection with the production of the 2005 National ADAP Educational Forum.

22. Pursuant to the terms of its agreement with TIICANN, MMS was obligated, among other things, to provide and pay for hotel accommodations for conference attendees, the

food and beverages supplied to conference attendees, and other miscellaneous items required for the production of the 2005 National ADAP Education Forum.

23. Contrary to its obligations under the agreement with TIICANN, MMS failed to fully pay the Hilton Washington for the services it provided in connection with the 2005 National ADAP Educational Forum.

24. MMS breached its obligations under the agreement with TIICANN.

25. As a direct result of the aforesaid breaches by MMS, TIICANN, under protest, was forced to pay the remaining balance owed to the Hilton Washington by MMS and has sustained damages, including, but not limited to, the loss of at least $15,424.66 that TIICANN should have received under the Estimated Event Budget as compensation for the services and resources it provided for the 2005 National ADAP Educational Forum.

## COUNT II: UNJUST ENRICHMENT

26. TIICANN repeats and realleges paragraphs 1 through 25 and incorporates them herein as if fully set forth.

27. As a result of TIICANN's payments to MMS, the payments made directly to MMS on behalf of TIICANN, and the payments made by TIICANN on behalf of MMS to the Hilton Washington, MMS has received a substantial benefit to which it is not entitled at the expense of TIICANN. TIICANN has paid at least $15,424.66 more than the maximum amount MMS could have received in connection with the 2005 National ADAP Educational Forum, thereby losing the monies TIICANN should have received under the Estimated Event Budget.

28. Thus, MMS has been unjustly enriched to the detriment of TIICANN.

29. Equity and fairness mandate that MMS make restitution to TIICANN for the benefit TIICANN bestowed upon MMS and the damages incurred by TIICANN.

## COUNT III: INDEMNITY

30. TIICANN repeats and realleges paragraphs 1 through 29 and incorporates them herein as if fully set forth.

31. MMS was obligated to pay the Hilton Washington for the services that the Hilton Washington rendered in connection with the 2005 National ADAP Educational Forum.

32. MMS failed and, ultimately, refused to pay its outstanding obligations to the Hilton Washington.

33. Because of MMS' failure and refusal to pay its outstanding obligations to the Hilton Washington, TIICANN was forced to make arrangements to pay the amount of $66,602.66 to the Hilton Washington to avoid potential adverse consequences to it and its conference attendees.

34. As a result of MMS' wrongful conduct, MMS is required to indemnify and compensate TIICANN for the damages suffered by TIICANN in paying an amount in excess of the maximum MMS could have received for the 2005 National ADAP Educational Forum and in losing the monies TIICANN stood to receive under the Estimated Event Budget.

WHEREFORE, for the foregoing reasons, Counterclaim Plaintiff TIICANN respectfully requests that this Court enter judgment in its favor on the claims made against Counterclaim Defendant MMS and further requests that this Court award it: (1) compensatory damages in an amount proven by the evidence, but, in no event, less than $15,424.66; (2) pre-judgment and post-judgment interest; (3) the costs and fees, including reasonable attorneys' fees, expended in this matter; and (4) such other and further relief as this Court deems just and appropriate.

Dated: this 19th day of December, 2005    Respectfully submitted,

By:＿＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿.
　　David A. Rosenberg
　　D.C. Bar No. 433405

　　FORD & HARRISON LLP
　　1300 19th Street, N.W., Suite 700
　　Washington, DC  20036
　　(202) 719-2000

　　*Attorneys for Counterclaim Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network*

# VERIFICATION OF WILLIAM E. ARNOLD

DISTRICT OF COLUMBIA,
CITY OF WASHINGTON, to-wit:

I, William E. Arnold, after having been duly sworn state as follows:

1. My name is William E. Arnold. I am over the age of 18 years and am duly competent to make this Declaration. I have personal knowledge of all the facts stated herein, and all stated facts are true and correct.

2. I am employed by Ryan White C.A.R.E. Act Title II Community AIDS National Network ("TIICANN") as its Chief Executive Officer. I have been employed in this position during all times relevant to the claims made in the Verified Counterclaim, and, in such capacity, I am authorized to make this Declaration on behalf of TIICANN.

3. I have reviewed the foregoing Verified Counterclaim, and the facts contained in the foregoing Verified Counterclaim are true and correct to the best of my knowledge, information, and belief.

4. The document attached to the Verified Counterclaim as Exhibit 1 is a true and accurate copy of the Estimated Event Budget submitted by Martin Medical Services, Inc. ("MMS") and approved by TIICANN in connection with the 2005 National AIDS Drug Assistance Program Educational Forum.

5. TIICANN is entitled to at least the amounts sought from MMS in its Verified Counterclaim.

FURTHER DECLARANT SAYETH NOT.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Declaration are true and correct.

_____
WILLIAM E. ARNOLD
CEO, Ryan White C.A.R.E. Act
Title II Community AIDS National
Network

SWORN to and SUBSCRIBED before me, the undersigned notary public, by William E. Arnold on the 16th day of December, 2005.

_____
Notary Public

**Carol Clark**
**Notary Public, District of Columbia**
**My Commission Expires 2-28-2010**

# EXHIBIT 1

# Estimated Event Budget
# 2005 National ADAP Conference

*2-Day Budget Overview*

**EVENT ATTENDEES**

Three Invites Per State
THCANN Staff
MMS Staff
Community Based Organizations
Sponsoring Organizations Staff

Total Expected Attendees:   165

NOTE: Sponsoring Organizations will sponsor own travel to event and pick up cost of their hotel accommodations.

**ACCOMMODATIONS:**   Budget for 160 attendees for two nights at Hilton Washington
(Presuming sponsors pick up cost of own hotel room)

320 total rooms @ $165 plus 14.5% tax
**$60,456**

Inclusive – tax, housekeeping, portage, commissions, overnight guest accommodations, event meeting rooms.

**TRANSPORTATION:**   160 Roundtrip economy flights @ an average of $400
**$64,000**

Does not allow for flight reservations less than two weeks prior to scheduled events.

**GROUND TRANSPORTATION:** Budget for 160 attendees

160 @ $40
**$6,400**

Includes ground transportation & gratuities to and from airport.

**FOOD/BEVERAGE:**   165 total attendees all inclusive
**$39,897**

Daily On-Site Menu Includes:

Breakfast:        Two (2) Total = $8,580
Luncheon:        Two (2) Total = $16,731
AM/PM Break:     Four (4) Total = $14,586

**RECEPTION/DINNER:**   165 Total Attendees All Inclusive
**$18,725**

Full Open Bar with two bartenders
Passed Hot Hors d Oeuvres
Plated Dinner
Wine

Martin Medical Services, Inc.                          2005 National ADAP Conference

Tuesday, March 22, 2005 (3).max

| | |
|---|---|
| **AUDIO/VISUAL:** | **$7,500.00** |
| | Event audio/visual requirements provided: Overhead, LCD players, Projection Screens, Microphones, stands, extensions cords. |
| **SPEAKER HONORARIUM:** | Pre-determined Budget<br>**$7,000** |
| **PRINTED MATERIALS:** | Provides for the following<br>**Cost included in Professional Charges**<br><br>Design of 2005 ADAP Logo<br>Design for Welcome Dinner Booklet<br>Letter of Invitation<br>Letter of Reminder<br>Registration Folder and inserts<br>Registration form<br>Name Tags<br>Tent Place Cards<br>170 Conference books<br>170 copies of Dinner Booklet<br>200,000 b/w copies<br>Conference Bags<br>Web Development<br>Exhibit Hall information booklet<br>Exhibit Hall signage |
| **ADMINISTRATIVE/ POSTAGE/MISCELLANEOUS** | **Cost included in Professional Charges**<br><br>First Class postage for invitation letter and reminder letters<br>First Class postage of Registration Folders. Includes items such as conference calls for planning, on-site copy/fax/phone, additional gratuities. |
| **AWARDS/PHOTOGRAPHY:** | **$1,200** |
| **PROFESSIONAL CHARGES** | **$35,000**<br>Conference Development and Planning. (Includes needs assessment, meeting attendance and On Site Facilitation. Summary Notes, evaluations and evaluation write-ups, development and production. Exhibit hall set-up and coordination. |
| **TIICANN** | **$ 17,500** |
| **EVENT GRAND TOTAL:** | **$257,678** |

## Martin Medical Services, Inc.
### Proposal: 2005 National ADAP Conference

| PROJECT AUTHORIZATION |
|---|

Your signature indicates acceptance of the projects(s) and associated budget(s) described in this proposal.

Accepted by: TIICANN          Accepted by: Martin Medical Services

Sign: *[signature]*            Sign: _____

Name:  Mr. William Arnold      Name:  Julia E. Lam

Title:  President, TIICANN *(CEO)*    Title:  President

Date:  22 MAR. 2005            Date: _____

> Terms: The pricing and scheduling indicated are firm commitments for projects accepted by the client within 30 days of this offer. The payment schedule will be ½ of proposal due at commencement and ½ of proposal due upon completion.
>
> Martin Medical Services, Inc. will invoice TIICANN upon acceptance of this proposal for ½ expenses and ½ of professional fees. Upon payment, Martin Medical Services will commence with logistics and activities as detailed above, including making necessary deposits for accommodations and meal events. A total of 2 invoices for each meeting according to the payment schedule described above. **All payment terms are net 10 days.**