## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

MARTIN MEDICAL SERVICES, INC.,
    Plaintiff,

    Civil No.1:05-cv-020560PLF

v.

RYAN WHITE C.A.R.E. ACT TITLE II
COMMUNITY AIDS NATIONAL
NETWORK

    Defendant

## CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff/Counter-Defendant, Martin Medical Services, Inc. ("MMS"), by counsel, and Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and moves for an enlargement of time up to and including February 9, 2006 to answer or otherwise respond to the Verified Counterclaim filed by Defendant/Counter-Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network ("Defendant/Counter-Plaintiff"). In support of this Motion, MMS states as follows:

1.    Defendant/Counter-Plaintiff's counsel consents to the relief sought herein.

2.    The additional time requested will allow undersigned counsel sufficient time to investigate Defendant/Counter-Plaintiff's claims and for the parties to meet and confer regarding a potential resolution.

3.    In filing this motion for an extension of time, MMS submits that it has not waived any defense or defenses available to it under Fed. R. Civ. R. 12 or otherwise.

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201

4.    Undersigned counsel has conferred with Defendant/Counter-Plaintiff's counsel regarding this extension, and Defendant/Counter-Plaintiff's counsel has consented to such extension.

5.    Moreover, the grant of this extension will not delay or interfere with any proceedings in this matter, as no Scheduling Order has been entered and no Scheduling Conference has been set.

WHEREFORE, it is respectfully requested that Martin Medical Services, Inc. have up to and including February 9, 2006 to answer or otherwise respond to Defendant/Counter-Plaintiff's Verified Counterclaim.

MARTIN MEDICAL SERVICES, INC.
By Counsel

BEAN, KINNEY & KORMAN, P.C.

James V. Irving, Esquire, D.C. Bar No. 414422
Christopher A. Glaser, Esquire, D.C. Bar No. 463583
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000 / (703) 525-2207 (fax)
Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was forwarded, via ECF and by facsimile on this ___4ᵗʰ___ day of January 2006 to:

David A. Rosenberg, Esq.
Randy C. Sparks, Esq.
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
(202) 719-2077 (Facsimile)

Christopher A. Glaser, Esquire