IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN MEDICAL SERVICES, INC.,**<br>Plaintiff,<br><br>v.<br><br>**RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK**<br><br>Defendant | Civil No.1:05-cv-020560PLF |

## ORDER

Upon consideration of Plaintiff/Counter-Defendant, Martin Medical Services, Inc.'s ("MMS") Consent Motion for an Enlargement of Time to answer or otherwise respond to Defendant/Counter-Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network's ("Defendant/Counter-Plaintiff") Verified Counterclaim and Defendant/Counter-Plaintiff's consent to said Motion, the entire record herein, and for good cause shown, it is, this _____ day of January, 2006, hereby:

ORDERED that MMS's motion is GRANTED; and it is further

ORDERED that MMS shall have up to and including February 9, 2006 to answer or otherwise respond to Defendant/Counter-Plaintiff's Verified Counterclaim.

_____
THE HONORABLE PAUL J. FRIEDMAN
United States District Judge

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201

Copies:
James V. Irving, Esquire
Christopher A. Glaser, Esquire
BEAN, KINNEY & KORM\N, P.C.
2000 N. 14th Street, Suite 100
Arlington, VA 22201
Counsel for Plaintiff

David A. Rosenberg, Esquire
Randy C. Sparks, Esquire
FORD & HARRISON LLP
1300 19th Street, NW., Suite 700
Washington, DC 20036
Counsel for Defendant