IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN MEDICAL SERVICES, INC.,

    Plaintiff,

v.

RYAN WHITE C.A.R.E. ACT TITLE II
COMMUNITY AIDS NATIONAL NETWORK,

    Defendant.

---

RYAN WHITE C.A.R.E. ACT TITLE II
COMMUNITY AIDS NATIONAL NETWORK,

    Counterclaim Plaintiff,

v.

MARTIN MEDICAL SERVICES, INC.,

    Counterclaim Defendant.

CIVIL ACTION NO. 1:05-cv-02056-PLF

## CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Defendant/Counterclaim Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network ("TIICANN"), by and through its undersigned counsel, moves this Court to continue the Status Conference, currently scheduled for July 18, 2006, until a date convenient for the Court between August 29, 2006 and September 1, 2006. In support of this Consent Motion, TIICANN states as follows:

1.     On or about March 8, 2006, this Court issued a Scheduling Order setting forth deadlines by which certain phases of this case should be completed. In the Scheduling Order, this Court scheduled a Status Conference to be held on July 18, 2006.

2.     Since the issuance of the Scheduling Order, counsel for TIICANN has learned that he must be out of town on July 18, 2006. Additionally, the parties have been working to narrow the issues at dispute between them and believe that the continuance of the Status Conference may afford them additional time to discuss the possible resolution of this matter.

3.     For the foregoing reasons, TIICANN respectfully requests that the Status Conference in this matter be continued until a date convenient for the Court between August 29, 2006 and September 1, 2006.

4.     Prior to filing this Consent Motion, undersigned counsel conferred with counsel for Plaintiff/Counterclaim Defendant Martin Medical Services, Inc. ("MMS") regarding the requested continuance and provided a draft of this Consent Motion for review by MMS's counsel. After conferring and reviewing the draft Consent Motion, MMS's counsel has consented to the requested continuance of the Status Conference.

5.     The grant of this continuance will not delay or interfere with any deadlines or proceedings in this matter.

6.     A proposed Order is provided in connection with the submission of this Consent Motion.

WHEREFORE, for the foregoing reasons, TIICANN respectfully urges this Court to grant its Consent Motion and to enter an Order continuing the Status Conference until a date convenient for the Court between August 29, 2006 and September 1, 2006.

Dated:  July 7, 2006                               Respectfully submitted,


By:____/s/_____
    David A. Rosenberg, DC Bar No. 433405
    FORD & HARRISON LLP
    1300 19th Street, N.W., Suite 700
    Washington, DC  20036
    Telephone: (202) 719-2000
    Facsimile: (202) 719-2077

    *Counsel for Defendant/Counterclaim Plaintiff*