IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK, <br><br> Defendant. <br><br> ——————————— <br><br> RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> MARTIN MEDICAL SERVICES, INC., <br><br> Counterclaim Defendant. | CIVIL ACTION NO. 1:05-cv-02056-PLF |

## **ORDER**

Upon consideration of the Consent Motion for Continuance of Status Conference filed by Defendant/Counterclaim Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network and Plaintiff/Counterclaim Defendant Martin Medical Services, Inc.'s consent to the requested continuance, it is hereby

ORDERED that the Consent Motion for Continuance of Status Conference is GRANTED; and it is further

ORDERED that the Status Conference previously scheduled for July 18, 2006 shall be continued until _____.

Entered this _____ day of _____, 2006.

_____
Judge Paul L. Friedman
U.S. District Court for the District of Columbia

Copies to:

Christopher A. Glaser, Esquire
BEAN, KINNEY & KORMAN, P.C.
2000 North 14th Street
Suite 100
Arlington, VA 22201
*Counsel for Plaintiff/Counterclaim Defendant*

David A. Rosenberg, Esquire
FORD & HARRISON LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
*Counsel for Defendant/Counterclaim Plaintiff*

DC:61169.1