IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC.,<br>    Plaintiff,<br><br>v.<br><br>RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK<br><br>    Defendant | Civil No.1:05-cv-020560PLF |

### PRAECIPE- CHANGE OF ADDRESS

THE CLERK OF THE COURT will note that effective November 27, 2006 the address of James V. Irving, and Christopher A. Glaser, Counsel for the Plaintiff, Martin Medical Services, Inc., will be as follows:

BEAN, KINNEY & KORMAN, P.C.

2300 Wilson Boulevard, 7th Floor

Arlington, Virginia 22201


MARTIN MEDICAL SERVICES, INC.
By Counsel


BEAN, KINNEY & KORMAN, P.C.

_____
James V. Irving, Esquire, D.C. Bar No. 414422
Christopher A. Glaser, Esquire, D.C. Bar No. 463583
2000 N. 14th Street, Suite 100
Arlington, VA 22201
(703) 525-4000 / (703) 525-2207 (fax)
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was forwarded, via ECF and by first class mail, postage pre-paid, this ___20___ day of November, 2006 to:

David A. Rosenberg, Esq.
Randy C. Sparks, Esq.
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036

_____
Christopher A. Glaser, Esquire

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2000 NORTH FOURTEENTH STREET
ARLINGTON, VIRGINIA 22201