IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN MEDICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK, <br><br> Defendant. <br><br> ——————————— <br><br> RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> MARTIN MEDICAL SERVICES, INC., <br><br> Counterclaim Defendant. | CIVIL ACTION NO. 1:05-cv-02056-PLF |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Entry Order of August 30, 2006, Plaintiff/Counterclaim Defendant Martin Medical Services, Inc. ("MMS") and Defendant/Counterclaim Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network ("TIICANN") state as follows for their Joint Status Report:

MMS and TIICANN have reached an agreement in principle to resolve this matter and are circulating a settlement agreement, which memorializes the terms of the resolution, for execution. The resolution of this matter calls for the settlement amount to be paid in two (2) installments. The first installment is to be paid within ten (10) days of the full execution of the

settlement agreement, but the second installment is not due until ninety (90) days after the first payment. Upon tender of the second payment, the parties have agreed to submit a Stipulation of Dismissal with Prejudice to this Court for entry. Until then, the parties ask that, given their agreement to resolve the matter, this case and all deadlines in the case be stayed pending the second payment.

Respectfully submitted,

By: /s/
Christopher A. Glaser, DC Bar No. 463583
BEAN, KINNEY & KORMAN, P.C.
2000 North 14th Street, Suite 100
Arlington, VA 22201
Telephone: (703) 525-4000
Facsimile: (703) 527-2207

*Counsel for Plaintiff/Counterclaim Defendant*

By: /s/
David A. Rosenberg, DC Bar No. 433405
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077

*Counsel for Defendant/Counterclaim Plaintiff*

DC:63578.1