IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTIN MEDICAL SERVICES, INC.,**<br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>**RYAN WHITE C.A.R.E. ACT TITLE II COMMUNITY AIDS NATIONAL NETWORK**<br><br>Defendant/Counter-Plaintiff | Civil No.1:05-cv-02056 PLF |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff/Counter-Defendant, Martin Medical Services, Inc. ("MMS"), by counsel, with the consent of the Defendant/Counter-Plaintiff Ryan White C.A.R.E. Act Title II Community AIDS National Network ("Defendant/Counter-Plaintiff") and request, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismissal of this action with prejudice, with each party bearing its own costs and attorneys' fees incurred in connection with the matter.

MARTIN MEDICAL SERVICES, INC.

/s/ Christopher A. Glaser
James V. Irving, Esq., Bar No. 414422
Christopher Glaser, Esq., Bar No. 463583
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard
7th Floor
Arlington, VA 22201
(703) 525-4000 / (703) 525-2207 (fax)

RYAN WHITE C.A.R.E. ACT TITLE II
COMMUNITY AIDS NATIONAL
NETWORK

/s/ David A. Rosenberg
David A. Rosenberg, Esq.
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
(202) 719-2077 (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was forwarded, via ECF on this 13th day of March 2006 to:

David A. Rosenberg, Esq.
Randy C. Sparks, Esq.
Ford & Harrison LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
(202) 719-2077 (Facsimile)

                                                   /s/ Christopher A. Glaser
                                             Christopher A. Glaser, Esquire